DANIEL J. CIMATO, Appellant, v CITY OF LACKAWANNA, Respondent.—

Present—Boomer, J. P., Green, Pine, Lawton and Davis, JJ.